Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| JOSEPH JONG CHOUNG MUN<br><br>SANG HEE MUN | ) Chapter 13<br>)<br>) Case No.: 8:09-bk-21560-TA<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301102** in the sum of **$60.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ORANGE COUNTY TAX COLLECTOR
    PO BOX 1438
    SANTA ANA, CA #REF!

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0921560 | JOSEPH JONG CHOUNG & SANG HEE MUN<br>ACCT: 934-090-33.00 | Claim: 00032 | XXX-XX-8979<br>XXX-XX-0977 | 60.00 | 0.00 | 60.00 |
| | | TOTALS | | 60.00 | 0.00 | 60.00 |

```
JOSEPH JONG CHOUNG MUN
SANG HEE MUN
BALANCE:       2,864.28    [0.00  27/00032]
SSN: XXX-XX-8979      SSN: XXX-XX-0977
ACCT: 934-090-33.00              CASE: 0921560
PRINCIPAL:        60.00    INTEREST:        0.00
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0301102

Aug 22, 2011

VOID 90 DAYS FROM DATE

********$60.00

PAY  Sixty And 00 / 100 Dollars

TO THE ORDER OF  *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0301102⑈ ⑆061100790⑆ 000000575186 2⑈