Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| | ) Chapter 13 |
| | ) |
| | ) Case No.: 8:09-bk-21560-TA |
| JOSEPH JONG CHOUNG MUN | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| SANG HEE MUN | ) **(Bankruptcy Rule 3010)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301086** in the sum of **$   4.14**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and

address of the party entitled to said unclaimed dividend is as follows:

    JOSEPH JONG CHOUNG MUN
    4892 SANDY CIRCLE
    LA PALMA, CA 90605

Date: September 19, 2011            /S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0921560 | JOSEPH JONG CHOUNG & SANG HEE MUN | | XXX-XX-8979 | 4.14 | 0.00 | 4.14 |
| | ACCT: | Claim: 00000 | XXX-XX-0977 | | | |
| | | TOTALS | | 4.14 | 0.00 | 4.14 |

JOSEPH JONG CHOUNG MUN
SANG HEE MUN
BALANCE:              [0.00  13/00000]
SSN: XXX-XX-8979   SSN: XXX-XX-0977
ACCT:                      CASE: 0921560
PRINCIPAL:       4.14   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301086

Jul 24, 2011

VOID 90 DAYS FROM DATE

*********$4.14

**PAY**   Four And 14 / 100 Dollars

**TO THE**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
**ORDER OF**   255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆030⑈086⑆ ⑉061⑈00790⑉ 000000575⑈862⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES